**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Khaili Rahzaan ROWE, Petitioner**

**No. 642 MAL 2016**

Supreme Court of Pennsylvania.

January 18, 2017

## ORDER

PER CURIAM

**AND NOW,** this 18th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Tim E. HOLZ, Petitioner**

v.

**G. REESE, Lt. Scalpone, David J. Ebbert, J. L. Norwood, D. Coombe, T. Dedrick, Respondents**

**Tim E. Holz, Petitioner**

v.

**J.L. Norwood, D.J. Ebbert, Susan Heath, D. Wilson, T. Butler, Sue Stover, Mr. Hendrickson, R. Bingaman and D. Langton, Respondents**

**No. 621 MAL 2016**
**No. 622 MAL 2016**

Supreme Court of Pennsylvania.

January 18, 2017

## ORDER

PER CURIAM

**AND NOW,** this 18th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Calvin Bartholomue LYNCH,**
**Petitioner**

**No. 620 MAL 2016**

Supreme Court of Pennsylvania.

January 18, 2017

## ORDER

PER CURIAM

**AND NOW,** this 18th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**